# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Suhaill Vallejo,

        Plaintiff,                       JUDGMENT IN A CIVIL CASE

vs.                                          3:10-cv-445-GCM

Michael J. Astrue,

        Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2011 Order.

                                              Signed: September 30, 2011

*Frank G. Johns, Clerk*
*United States District Court*